UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

ROBERT J HENRY
JOYCE M HENRY
                                                                : Bankruptcy No. 14-13605REF
    Debtor(s)                                          : Chapter 13

## ORDER

AND NOW, this 6th day of October, 2016, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOSEPH L QUINN ESQ
LAW OFFICE OF STEPHEN ROSS PC
152 E HIGH ST STE 100
POTTSTOWN PA 19464-

ROBERT J HENRY
JOYCE M HENRY
100 AVIEMORE LANE
DOUGLASSVILLE,PA.19518