United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-13605-ref
Robert J Henry                                                         Chapter 13
Joyce M Henry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2           Date Rcvd: Oct 06, 2016
                              Form ID: pdf900         Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2016.
```
db/jdb       +Robert J Henry,    Joyce M Henry,    100 Aviemore Lane,    Douglassville, PA 19518-9685
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            Berks County Tax Claim Bureau,    2nd Flr., County Services Center,    633 Court St.,
               Reading, PA 19601-4300
cr           +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
13300638     +A & K Awning Services L.P.,    Attn : Allister Dempster,    1246 Chestnut Street,
               Reading, PA 19602-2077
13300639     +Acct Recov,    555 Van Reed Rd,    Wyomissing, PA 19610-1756
13300641      American Water Company,    PO Box 371412,    Pittsburgh, PA 15250-7412
13300642     +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
13300643     +Amity Township,    2004 Weavertown Road,    Douglassville, PA 19518-8971
13300644     +Berks County Tax Claim Bureau,    633 Court Street 2nd Flr,    Service Center,
               Reading, PA 19601-3552
13300647     +Collection Specialists,    335 Gordon Dr,    Lionville, PA 19341-1201
13300648      Douglassville Family Dental,    Diedra A. Alston, D.D.S.,    1139 Benjamin Franklin Hwy W.,
               PO Box 453,    Douglassville, PA 19518-0453
13300649     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Cred,    Ford Credit,    Po Box 6275,    Deerborn, MI 48121)
13327311     +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13334777     +Meted a Firstenergy Co.,    FirstEnergy Corp.,    331 Newman Springs Road,    Building 3,
               Red Bank, NJ 07701-5688
13300652     +National Credit Adjusters,    327 W. 4th Street,    Hutchinson, KS 67501-4842
13300653     +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13300656     +Reverse Mortgage Solutions, Inc,    5010 Linbar Drive,    Suite100,    Nashville, TN 37211-5081
13404007     +Reverse Mortgage Solutions, Inc,    JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
               701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13407488     #+Reverse Mortgage Solutions, Inc.,    2727 Spring Creek Drive,    Spring, TX 77373-6130
13300657      Santander Consumer USA,    PO Box 105255,    Atlanta, GA 30348-5255
13389282     +Santander Consumer USA Inc,    WILLIAM EDWARD CRAIG,    Morton & Craig,    110 Marter Avenue,
               Suite 301,    Moorestown, NJ 08057-3125
13326217     +Santander Consumer USA Inc.,    Po Box 961245,    Fort Worth, TX 76161-0244
13326439     +Santander Consumer USA,,    Po Box 560284,,    Dallas, TX 75356-0284
13300658     +Wfnnb/woman,    Attention: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: robertsl2@dnb.com Oct 07 2016 02:16:35      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 07 2016 02:16:02
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2016 02:16:41     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2016 02:23:39      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13300640      E-mail/Text: bkrpt@retrievalmasters.com Oct 07 2016 02:16:23
               American Medical Collection Agency,    PO Box 1235,    Elmsford, NY 10523-0935
13300645     +E-mail/Text: banko@berkscredit.com Oct 07 2016 02:15:44      Berks Credit & Coll,
               900 Corporate Dr,    Reading, PA 19605-3340
13300646     +E-mail/Text: ering@cbhv.com Oct 07 2016 02:16:22      Cb Of The Hudson Valle,    155 N Plank Rd,
               Newburgh, NY 12550-1748
13300651     +E-mail/Text: cio.bncmail@irs.gov Oct 07 2016 02:15:43      Internal Revenue Service,
               600 Arch Street, RM 5200,    Philadelphia, PA 19106-1611
13401649      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 07 2016 02:24:35
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13403215      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 07 2016 02:23:45
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13347354     +E-mail/Text: csc.bankruptcy@amwater.com Oct 07 2016 02:17:18      Pennsylvania American Water,
               P.O. Box 578,    Alton, IL 62002-0578
13306648      E-mail/Text: bnc-quantum@quantum3group.com Oct 07 2016 02:15:48
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13646626      E-mail/Text: bnc-quantum@quantum3group.com Oct 07 2016 02:15:49
               Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
13803853      E-mail/PDF: rmscedi@recoverycorp.com Oct 07 2016 02:25:19
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
```

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                   Date Rcvd: Oct 06, 2016
                              Form ID: pdf900            Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13300655         +E-mail/Text: bkrpt@retrievalmasters.com Oct 07 2016 02:16:23
                   Retrieval Masters Creditors Bureau,    4 Westchester Plaza,   Suite 100,
                   Elmsford, NY 10523-1612
13319274          E-mail/Text: bkrcy@ugi.com Oct 07 2016 02:17:14      UGI Utilities Inc.,   225 Morgantown Rd.,
                   Reading, PA 19612
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Quantum3 Group LLC as agent for,    NCEP LLC,   PO Box 788,    Kirkland, WA 98083-0788
13342934*        Internal Revenue Service,    PO Box 37004,   Hartford, CT 06176-0008
13300650*        Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
13300654         ##Premier Immediate Medical Care,    43 W Ridge Pike,   Royersford, PA 19468-1711
                                                                                TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2016 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Debtor Robert J Henry CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Joint Debtor Joyce M Henry CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Reverse Mortgage Solutions, Inc. (Convey to FNMA)
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

ROBERT J HENRY
JOYCE M HENRY
                                                : Bankruptcy No. 14-13605REF
        Debtor(s)                               : Chapter 13

## ORDER

AND NOW, this __6th__ day of __October__, 2016, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOSEPH L QUINN ESQ
LAW OFFICE OF STEPHEN ROSS PC
152 E HIGH ST STE 100
POTTSTOWN PA 19464-

ROBERT J HENRY
JOYCE M HENRY
100 AVIEMORE LANE
DOUGLASSVILLE,PA.19518